UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN STANTON,<br><br>                    Plaintiff,<br><br>v.<br><br>HORACE MANN PROPERTY &<br>CASUALTY INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 2:13-cv-01049-APG-NJK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION REGARDING JURY TRIAL**<br><br>(Dkt. ##18, 20) |

On September 24, 2013, Magistrate Judge Koppe entered her Report and Recommendation (Dkt. #26), recommending that Defendant's motion to strike Plaintiff's jury demand (Dkt. #18) be granted, and that Plaintiff's counter-motion for a jury trial (Dkt. #20) be denied. No objection has been filed to that Report and Recommendation. Thus, the Court is not obligated to conduct a de novo review of the Report. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). Nevertheless, this Court has conducted a de novo review of the issues set forth in the Report and Recommendation. Magistrate Judge Koppe's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation is accepted.

**IT IS FURTHER ORDERED** that Defendant's motion to strike Plaintiff's jury demand (Dkt. #18) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's counter-motion for a jury trial (Dkt. #20) be DENIED.

Dated: December 16, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE