THOMAS E. WINNER
Nevada Bar No. 5168
MICHAEL D. FALATER
Nevada Bar No. 12366
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
mfalater@awslawyers.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN STANTON,<br><br>   Plaintiff,<br><br>vs.<br><br>HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>   Defendants. | CASE NO.: 2:13-cv-01049-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Marjorie Hauf and Jason Lather of Ganz & Hauf, and William Brim of Koch & Brim, attorneys for the Plaintiff, BRIAN STANTON, and Thomas E. Winner and Michael D. Falater or Atkin Winner & Sherrod, attorneys for Defendant, HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY, that the Plaintiff's Amended Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

511176.DOCX

DATED this _____ day of March, 2014.

ATKIN WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
Michael D. Falater
Nevada Bar No. 12366
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant*

GANZ & HAUF

_____
Marjorie Hauf
Nevada Bar No. 8111
Jason Lather
Nevada Bar No. 12607
8950 West Tropicana Avenue, #1
Las Vegas, Nevada 89147

AND

KOCH & BRIM

_____
William Brim
Nevada Bar No. 5589
4520 S. Pecos, Suite 4
Las Vegas, Nevada 89121

*Attorneys for Plaintiff*

511176.DOCX

## **ORDER**

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

Dated: June 11, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
Michael D. Falater
Nevada Bar No. 12366
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant*
Case No.: 2:13-cv-01049-APG-NJK